NEW YORK DOCK COMPANY, Appellant, Respondent, v. FLINN-O'ROURKE COMPANY, INC., and THE CITY OF NEW YORK. Respondents, Appellants.— Interlocutory judgment reversed on reargument, and complaint unanimously dismissed as to the Flinn-O'Rourke Company, with costs against the plaintiff, and a new trial granted of the issues between the plaintiff and the remaining defendant, costs to plaintiff to abide the event. We desire to say, in addition to the opinion already handed down [See 198 App. Div. 376], that we think the court at Special Term, having taken the testimony in relation thereto, should have determined the amount of damages, if any. No further opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

NEW YORK MUNICIPAL RAILWAY CORPORATION, by LINDLEY M. GARRISON, as Its Receiver, Respondent, v. INTERCONTINENTAL CONSTRUCTION CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

GEORGE POWELL, an Infant, by JESSIE POWELL, His Guardian ad Litem, Respondent, v. C. HENRY HOLTERMAN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Rich, Kelly and Manning, JJ., concur; Blackmar, P. J., and Jaycox, J., dissent, as they feel constrained by the decisions in *Noreen* v. *Vogel & Bros., Inc.* (231 N. Y. 317) and *Boyle* v. *Cheney Piano Action Co.* (193 App. Div. 408).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY POWELL, Appellant.— Appeal dismissed. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE J. HOFFMAN, Respondent, v. EDWARD W. COX, as County Clerk of Queens County, and Others, Appellants.— Order reversed, without costs, upon authority of *People ex rel. O'Donnell* v. *Cox* (193 App. Div. 911), and motion denied, without costs. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSINA J. RICHARDS, Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. The relator established no clear legal right to the peremptory writ of mandamus which was granted to her. Whatever rights she may have had in the premises were those of a contractual nature between herself and the city. If the city has failed to fulfill this contractual obligation, the plaintiff's rights cannot be enforced by the summary writ of mandamus. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.